IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SHAWNA MARSHALL,   Civ. No. 6:21-cv-1304-MK

ORDER

        Plaintiff,

v.

HEALTHY LIVING NETWORK
RESOURCES, LLC; HEALTHY LIVING
AT HOME – BEND; and ADVANCED
HOME HEALTH NORTHWEST, LLC,

        Defendants.

_____

MCSHANE, Judge:

        Magistrate Judge Mustafa Kasubhai filed a Findings and Recommendation (#27), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, the Court reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). The Court finds no error and conclude the report is correct. Magistrate Judge Kasubhai's Findings and Recommendation (#27) is adopted. Defendants' motion to motion to compel arbitration (#20) is GRANTED. This action is DISMISSED, without prejudice.

IT IS SO ORDERED.

        DATED this 6th of June, 2022.

                                             /s/ Michael J. McShane
                                                 Michael McShane
                                         United States District Judge